IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NATURE'S FIRST INC., <br><br>**Plaintiff,** <br><br>vs. <br><br>**SARA LEE FOODS, INC., SARA LEE FOODS GLOBAL, INC., SARA LEE CORPORATION, COMPASS GROUP, USA, INC., d/b/a CANTEEN VENDING SERVICES, INC.,** <br><br>**Defendants.** | Civil Action No. 2:06cv284-TJW |

## PROPOSED ORDER TO STAY LITIGATION PENDING REEXAMINATION OF THE PATENT-IN-SUIT BY THE UNITED STATES PATENT AND TRADEMARK OFFICE

After considering the Parties Joint Motion to Stay Litigation Pending Reexamination of the Patent-in-Suit by the United States Patent and Trademark Office, the Court is of the opinion the motion should be GRANTED.

Therefore, it is hereby

ORDERED that the Parties' Joint Motion to Stay Litigation Pending Reexamination of the Patent-in-Suit by the United States Patent and Trademark Office is GRANTED. It is further

ORDERED that the Clerk of the Court shall remove this matter from the active docket of the Court until the conclusion of the USPTO's reexamination proceeding, and Defendant shall promptly advise the Court of the conclusion of the reexamination proceedings. It is further

ORDERED that all pending motions not addressed herein are DENIED WITHOUT PREJUDICE subject to refiling.

SIGNED this 3rd day of August, 2007.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE